IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RASHAY ELAINE MASON,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.        13-cv-163-bbc

BUSH, GEORGE ADMINISTRATION,
OBAMA, BARACK ADMINISTRATION and
ROD GORVORAVIC

        Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to file an amended complaint that complies with Fed. R. Civ. P. 8

| /s/ | 8/2/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |